# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION/IBT,** | ) ) ) ) | |
| | ) | **8:15CV126** |
| **Plaintiff,** | ) ) | |
| **V.** | ) ) | |
| | ) | **SHOW CAUSE ORDER** |
| **UNION PACIFIC RAILROAD,** | ) ) | |
| **Defendant.** | ) | |

The above-captioned suit was filed on April 16, 2015. To date, no activity has taken place in the action. Plaintiff has not requested summons or served Defendant.

Accordingly,

**IT IS ORDERED** that by or before September 2, 2015, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution. Failure to comply with this Order may result in the dismissal of this action without further notice.

**DATED August 19, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**